**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Michael Anthony PETERS, Defendant—Appellant.**

**No. 09–30388.**

United States Court of Appeals, Ninth Circuit.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted Oct. 19, 2010.*

Filed Oct. 29, 2010.

Carl E. Rostad, Office of the U.S. Attorney, Great Falls, MT, for Plaintiff–Appellee.

Daniel Donovan, Esquire, Thompson, Potts & Donovan, P.C., Great Falls, MT, for Defendant–Appellant.

Before: O'SCANNLAIN, TALLMAN, and BEA, Circuit Judges.

MEMORANDUM **

Michael Anthony Peters appeals from his 120–month mandatory minimum sentence imposed following his guilty-plea conviction for conspiracy to possess with intent to distribute heroin, in violation of 21 U.S.C. §§ 841(b)(1)(B) and 846. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Peters contends that his mandatory minimum sentence is substantively unreasonable because it is greater than necessary under 18 U.S.C. § 3553(a). Peters's contention is foreclosed. *United States v. Wipf,* 620 F.3d 1168, 1170–71 (9th Cir. 2010) (Section 3553 does not authorize a court to impose a sentence below the mandatory statutory minimum.).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.